IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HERBERT CHRISTOPHER, JR.,

    Petitioner,

v.

                                CIVIL ACTION NO.: CV213-049

SUZANNE HASTINGS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Herbert Christopher ("Christopher") filed Objections. In his Objections, Christopher objects to the Magistrate Judge's use of Williams v. Warden, Fed. Bureau of Prisons, 713 F.3d 1332 (11th Cir. 2013), in finding that this Court does not have jurisdiction to entertain the merits of his claim. The undersigned agrees with the Magistrate Judge's determination that Williams, among other applicable case law, forecloses Christopher's contentions.

Christopher's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Christopher's petition for writ of habeas corpus, filed pursuant to

28 U.S.C. § 2241, is **DISMISSED**.  The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 1 day of October , 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)